UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JESSICA FETTERS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>   Defendant. | Civil No. 3:11-CV-05677-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order (ECF No. 13), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 21, 2012, to file Defendant's responsive brief;
- Plaintiff shall have up to and including March 6, 2012, to file a reply brief; and
- Oral argument, if desired, shall be requested by March 13, 2012.

DATED this 24th day of January, 2012.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:11-CV-05677-BHS-JRC]