1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JESSICA FETTERS, | Civil No. 3:11-CV-05677-BHS-JRC |
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

8
9
10
11
12
13

        Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's

Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended

as follows:

•       Defendant shall have up to and including March 20, 2012, to file Defendant's responsive

        brief;

•       Plaintiff shall have up to and including April 3, 2012, to file a reply brief; and

•       Oral argument, if desired, shall be requested by April 10, 2012.

        DATED this 22nd day of February 2012.

14
15
16
17
18
19
20
21
22
23

_____
J. Richard Creatura
United States Magistrate Judge

Page 1       ORDER - [3:11-CV-05677-BHS-JRC]