UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSICA FETTERS,

        Plaintiff,

v.

Michael J. Astrue, Commissioner of the Social Security Administration

        Defendant.

CASE NO. 11-cv-05677-BHS-JRC

REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on Defendant's stipulated motion to remand the matter to the Commissioner for further consideration.  (ECF No. 19.)

Based on the stipulation of the parties and the relevant record, this Court recommends that this case be reversed and remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

On remand, the Administrative Law Judge (the "ALJ") should hold a *de novo* hearing and Plaintiff may raise any issue. The ALJ should: (1) update the medical record with existing evidence from treating sources, including medical source statements; (2) reevaluate medical source opinions of record, particularly the opinions of Todd D. Bowerly, Ph.D.; Jamie Carter, Ph.D.; Cynthia Collingwood, Ph.D.; Colin Joseph, Ph.D.; George Mecouch, D.O.; Lawrence H. Moore, Ph.D.; and Leslie Postovit, Ph.D.; (3) obtain testimony from a medical expert specializing in psychiatry, to clarify the nature and severity of the claimant's mental impairments; (4) reevaluate the severity of the claimant's mental impairments pursuant to 20 C.F.R §§ 416.920, 404.1520a; (5) further evaluate lay witness statements pursuant to SSR 06-3p; (6) reevaluate the claimant's credibility and residual functional capacity; and (7) continue the sequential evaluation process, obtaining supplemental vocational expert testimony if warranted by the expanded record.

Following proper presentation, the Court should consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, Plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 13th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2